**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

| | |
|---|---|
| **MICHAEL W. BRADLEY,** | |
| Plaintiff, | Case No. 2:23-cv-00024 |
| v. | Chief Judge Algenon L. Marbley |
| **OHIO ETHICS COMMISSION,** *et al.*, | Magistrate Judge Kimberly A. Jolson |
| Defendants. | |

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that pursuant to the August 22, 2023 Opinion and Order, the Court DENIED Plaintiff's Motions to Strike and his Motion to Dismiss Secretary LaRose as Party Defendant; GRANTED Defendants' various Motions to Dismiss.  DENIED AS MOOT Plaintiff's Motion for Summary Judgment.  This case is DISMISSED.

**Date:  August 22, 2023**          **Richard W. Nagel, Clerk**

   _s/Diane M. Stash_
Diane M. Stash/Deputy Clerk